Concepcion's family doctor prescribed Prozac in 2001 to treat Concepcion's depression, and as of April 2003, Concepcion was still taking several medications for pain, depression, and insomnia. This evidence was sufficient for Concepcion to meet his burden of establishing a likelihood of future medical treatment.

Hence, we affirm the commission's decision to award benefits for permanent and total disability and for future medical treatment.

LISA WHITE HARDWICK, Presiding Judge, and PATRICIA BRECKENRIDGE, Judge, concur.

Before SMART, P.J., HOLLIGER and HARDWICK, JJ.

## ORDER

PER CURIAM.

Fulton State Hospital appeals from the Labor and Industrial Relation Commission's award of permanent partial disability benefits to Delbert Dye. Upon review of the record, we find no error and affirm the Commission's final award. We have provided the parties with a memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

Affirmed. Rule 84.16(b).

**Delbert DYE, Respondent,**

v.

**FULTON STATE HOSPITAL; Treasurer of the State of Missouri–Custodian of the Second Injury Fund, Appellant.**

**Nos. WD 64789, WD 64790.**

Missouri Court of Appeals, Western District.

Oct. 11, 2005.

Earl D. Kraus, Jefferson City, MO, for appellant.

Thomas M. Dunlap, Fulton, MO, for respondent Dye.

Daniel Cunningham, St. Louis, MO, for appellant Treasurer of the State of Missouri.

**BHA GROUP HOLDING, INC., Respondent,**

v.

**Michael PENDERGAST, et al., Appellant.**

**No. WD 64454.**

Missouri Court of Appeals, Western District.

Oct. 11, 2005.

